**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00438-CR

**JAMES EMBRY MAY II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-84903-10**

## ORDER

The Court **REINSTATES** the appeal.

On August 27, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel Melvyn Carson Bruder; and (3) Mr. Bruder requested until September 27, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **FRIDAY, SEPTEMBER 27, 2013**. No further extensions will be granted. If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Melvyn Carson Bruder and the Collin County District Attorney's Office.

/s/     LANA MYERS
JUSTICE